## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                                     :          CHAPTER 13
Arminda Paz

            DEBTORS                        :          BKY. NO. 17-13941AMC13

### ORDER DISMISSING CHAPTER 13 CASE AND SETTING DEADLINE
### FOR APPLICATIONS FOR ALLOWANCE OF ADMINISTRATIVE EXPENSES

AND NOW, consideration of the Motion to Dismiss Case filed by William C. Miller, Standing Trustee ("the Trustee"), and after notice and hearing, it is hereby **ORDERED** that:

1.      This chapter 13 bankruptcy case is **DISMISSED**.

2.      Counsel for the Debtor shall file a master mailing list with the Clerk of the Bankruptcy Court if such has not been previously filed.

3.      Any wage orders previously entered are **VACATED**.

4.      Pursuant to 11 U.S.C. §349(b)(3), the undistributed chapter 13 plan payments in the possession of the Trustee shall not revest in the entity in which such property was vested immediately before the commencement of the case.  All other property of the estate shall revest pursuant to 11 U.S.C. §349(b)(3).

5.      All applications for allowance of administrative expense (including applications for allowance of professional fees) shall be filed within twenty (20) days of the entry of this Order.

6.      Counsel for the Debtor shall serve this Order by first class mail, postage prepaid, on all interested parties within (5) days of the entry of this Order. Counsel shall file a Certification of Service confirming that such service has been affected within fifteen (15) days of the entry of this Order.

7.      A hearing shall be held on  __January 16_____, 2018 at __11:00 a.m.__, in Bankruptcy Court No. 2, U.S. Courthouse, 901 Market Street, Philadelphia, PA to consider the application.

By the Court:

Date: __**December 6, 2017**__        _____
                                                              Hon. ASHELY M. CHAN