# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br><br>ARMINDA L. PAZ<br><br>　　　　DEBTOR(S) | CHAPTER 13<br><br>CASE NO. 17-13941AMC13 |

## CERTIFICATION OF NO RESPONSE

I, Michael A. Cataldo, hereby certify that neither an objection to the proposed compensation nor any other application for administrative expense were filed in the above captioned matter and seek an order approving Fees to Cibik & Cataldo, PC.

Dated: December 7, 2017　　　　　　　CIBIK & CATALDO, P.C.
　　　　　　　　　　　　　　　　　　　ATTORNEY FOR DEBTOR(S)

　　　　　　　　　　　　　　　　　　　By: /s/ MICHAEL A. CATALDO
　　　　　　　　　　　　　　　　　　　1500 Walnut Street, Suite 900
　　　　　　　　　　　　　　　　　　　Philadelphia, PA 19102
　　　　　　　　　　　　　　　　　　　Tel: (215) 735-1060
　　　　　　　　　　　　　　　　　　　Fax: (215) 735-6769
　　　　　　　　　　　　　　　　　　　Email: ccpc@ccpclaw.com