United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                              Case No. 17-13941-amc
Arminda L. Paz                                                      Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2        User: YvetteWD         Page 1 of 2           Date Rcvd: Dec 06, 2017
                            Form ID: pdf900        Total Noticed: 32

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 08, 2017.
```
db             +Arminda L. Paz,    3211 Aramingo Avenue,    Philadelphia, PA 19134-4404
13934353       +Credit Acceptance,    25505 West 12 Mile Rd,    Suite 3000,    Southfield, MI 48034-8331
13930701       +Credit Acceptance,    25505 West Twelve Mile Rd,    Suite 3000,    Southfield MI 48034-8331
13934356       +Equifax,    P.O. Box 740241,    Atlanta, GA 30374-0241
13934358       +Experian,    Profile Maintenance,    P.O. Box 9558,    Allen, Texas 75013-9558
13934360       +KML Law Group,    701 Market Street,    Suite 5000,    Philadelphia, PA 19106-1541
13934361       +MRS BPO,    1930 Olney Ave,    Cherry Hill, NJ 08003-2016
13958288       +Navient Solutions, LLC on behalf of,    NJHEAA,    PO BOX 548,    Trenton, NJ 08625-0548
13990442        Navient Solutions, LLC on behalf of,    Department of Education Loan Services,    PO BOX 9635,
                 Wilkes-Barre, PA 18773-9635
13958287        Navient Solutions, LLC on behalf of,    United Student Aid Funds, Inc.,
                 Attn: Bankruptcy Litigation Unit E3149,    PO Box 9430,    Wilkes Barre, PA 18773-9430
13934363        PA Dept. of Revenue,    Bankruptcy Division,    Bureau of Compliance,    P.O. Box 280946,
                 Harrisburg, PA 17120-0946
13934366       +Trans Union Corporation,    Public Records Department,    555 West Adams Street,
                 Chicago, IL 60661-3631
14019204       +U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE PE,    211 North Front Street,
                 Harrisburg, PA 17101-1406
13934367       +Verizon,    Verizon Wireless Bankruptcy Administrati,    500 Tecnolgy Dr Ste 500,
                 Weldon Springs, MO 63304-2225
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: bankruptcy@phila.gov Dec 07 2017 01:35:52     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Dec 07 2017 01:35:22
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Dec 07 2017 01:35:42     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr             +E-mail/Text: blegal@phfa.org Dec 07 2017 01:35:34     Pennsylvania Housing Finance Agency,
                 211 N. Front Street,    Harrisburg, PA  17101,    U.S.A. 17101-1406
14007229       +E-mail/Text: g20956@att.com Dec 07 2017 01:36:03     AT&T Mobility II LLC,
                 %AT&T SERVICES INC.,    KAREN A. CAVAGNARO  LEAD PARALEGAL,    ONE AT&T WAY, SUITE 3A104,
                 BEDMINSTER, NJ.  07921-2693
13934351        E-mail/Text: bankruptcy@phila.gov Dec 07 2017 01:35:51     City Of Philadelphia,
                 Major Tax Unit/Bankruptcy Dept.,    1401 JFK Blvd, Room 580,    Philadelphia, PA 19102
13934352        E-mail/Text: bankruptcy@phila.gov Dec 07 2017 01:35:52     City of Philadelphia,
                 Bankruptcy Unit,    15th Floor,    1515 Arch Street,    Philadelphai, PA 19102
13934348       +E-mail/Text: bankruptcy_notifications@ccsusa.com Dec 07 2017 01:36:09     Ccs Collections,
                 725 Canton St,    Norwood, MA 02062-2679
13934349       +E-mail/Text: ecf@ccpclaw.com Dec 07 2017 01:35:03     Cibik & Cataldo, P.C.,
                 1500 Walnut Street, Suite 900,    Philadelphia, PA 19102-3518
13934354       +E-mail/Text: bankruptcy_notifications@ccsusa.com Dec 07 2017 01:36:09
                 Credit Collections Svc,    PO Box 773,    Needham, MA 02494-0918
13934355       +E-mail/PDF: pa_dc_ed@navient.com Dec 07 2017 01:37:21     Dept Of Ed/Navient,
                 Attn: Claims Dept,    P.O. Box 9635,    Wilkes Barr, PA 18773-9635
13934357       +E-mail/Text: bknotice@erccollections.com Dec 07 2017 01:35:35     ERC/Enhanced Recovery Corp,
                 8014 Bayberry Rd,    Jacksonville, FL 32256-7412
13934359        E-mail/Text: cio.bncmail@irs.gov Dec 07 2017 01:35:08     I.R.S.,    P.O. Box 7346,
                 Philadelphia, PA 19101-7346
13934362       +E-mail/PDF: pa_dc_claims@navient.com Dec 07 2017 01:37:30     Navient,    Attn: Bankruptcy,
                 PO Box 9500,    Wilkes-Barr, PA 18773-9500
13934365        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 07 2017 01:44:53
                 Portfolio Recovery,    PO box 41067,    Norfolk, VA 23541
13999652        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 07 2017 01:44:53
                 Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
13934364       +E-mail/Text: blegal@phfa.org Dec 07 2017 01:35:34     Pa Housing Finance Age,    PO Box 8029,
                 Harrisburg, PA 17105-8029
13974109        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Dec 07 2017 01:44:53      Verizon,
                 by American InfoSource LP as agent,    PO Box 248838,    Oklahoma City, OK  73124-8838
                                                                                               TOTAL: 18
```

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
13934350*      +Cibik and Cataldo, P.C.,    1500 Walnut Street,    Suite 900,    Philadelphia, PA 19102-3518
                                                                                               TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0313-2          User: YvetteWD            Page 2 of 2                  Date Rcvd: Dec 06, 2017
                              Form ID: pdf900           Total Noticed: 32
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 08, 2017                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 6, 2017 at the address(es) listed below:
              LEON P. HALLER    on behalf of Creditor    Pennsylvania Housing Finance Agency lhaller@pkh.com,
               dmaurer@pkh.com;mgutshall@pkh.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE
               PENNSYLVANIA HOUSING FINANCE AGENCY) bkgroup@kmllawgroup.com
              MICHAEL A. CATALDO2    on behalf of Debtor Arminda L. Paz ecf@ccpclaw.com, igotnotices@ccpclaw.com
              MICHAEL A. CIBIK2    on behalf of Debtor Arminda L. Paz ecf@ccpclaw.com, igotnotices@ccpclaw.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                          TOTAL: 6
```

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                                                          :          CHAPTER 13
Arminda Paz

       DEBTORS                               :          BKY. NO. 17-13941AMC13

**ORDER DISMISSING CHAPTER 13 CASE AND SETTING DEADLINE**
**FOR APPLICATIONS FOR ALLOWANCE OF ADMINISTRATIVE EXPENSES**

    AND NOW, consideration of the Motion to Dismiss Case filed by William C. Miller, Standing Trustee ("the Trustee"), and after notice and hearing, it is hereby **ORDERED** that:

1. This chapter 13 bankruptcy case is **DISMISSED**.

2. Counsel for the Debtor shall file a master mailing list with the Clerk of the Bankruptcy Court if such has not been previously filed.

3. Any wage orders previously entered are **VACATED**.

4. Pursuant to 11 U.S.C. §349(b)(3), the undistributed chapter 13 plan payments in the possession of the Trustee shall not revest in the entity in which such property was vested immediately before the commencement of the case. All other property of the estate shall revest pursuant to 11 U.S.C. §349(b)(3).

5. All applications for allowance of administrative expense (including applications for allowance of professional fees) shall be filed within twenty (20) days of the entry of this Order.

6. Counsel for the Debtor shall serve this Order by first class mail, postage prepaid, on all interested parties within (5) days of the entry of this Order. Counsel shall file a Certification of Service confirming that such service has been affected within fifteen (15) days of the entry of this Order.

7. A hearing shall be held on  __January 16_____, 2018 at __11:00 a.m.__, in Bankruptcy Court No. 2, U.S. Courthouse, 901 Market Street, Philadelphia, PA to consider the application.

By the Court:

Date: __December 6, 2017__

_____
Hon. ASHELY M. CHAN