**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: ARMINDA PAZ,<br><br>            Debtor(s). | Case No. 17-13941AMC13<br><br>Chapter 13 |

**ORDER APPROVING APPLICATION FOR COMPENSATION**

AND NOW, this _____16th_____ day of ___January_____, 201_8___, upon consideration of

the Application for Compensation, it is

ORDERED and DECREED that counsel fees in the amount of **$4,144.50** are approved and the

balance due to counsel in the amount of **$3,144.50** shall be disbursed in accordance with the Chapter 13

plan.

BY THE COURT

_____
HON. ASHELY M. CHAN
UNITED STATES BANKRUPTCY JUDGE

CIBIK & CATALDO, P.C.
Counsel for Debtor(s)
1500 Walnut St Ste 900
Philadelphia, PA  19102
ecf@ccpclaw.com

WILLIAM C. MILLER, ESQ.
Chapter 13 Trustee
PO Box 1229
Philadelphia, PA  19105
ecfemails@ph13trustee.com

ARMINDA PAZ
Debtor(s)
3211 Aramingo Avenue
Philadelphia, PA  19134